IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　　　　　　　　　　　　　　)<br>　　　　Plaintiffs, 　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　)<br>　　vs. 　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　)<br>MARY WANAGITIS, 　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　)<br>　　　　Defendant. 　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　) | No. 1:13-CR-00334 LJO<br><br>ORDER OF RELEASE |

　　　　The above named defendant having been sentenced on November 4, 2013, supervised release granted on May 13, 2013, is hereby continued under the same terms and conditions as previously imposed.

　　　　IT IS HEREBY ORDERED that the defendant shall be released to Probation Officer Julie R Martin on Friday, November 8, 2013 to participate in an inpatient drug treatment program at The Mission in Kern County.  A certified Judgment and Commitment order to follow.

IT IS SO ORDERED.

**Dated:   November 6, 2013**　　　　/s/  Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1